UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ELDRIDGE SMITH**  **CASE NO.  2:22-CV-04284**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**STATE FARM FIRE AND CASUALTY COMPANY ET AL**  **MAGISTRATE JUDGE KAY**

## MINUTES OF COURT:
### Show Cause Hearing

| Date: | 04/26/2023 | Presiding: Magistrate Judge Kathleen Kay | |
|---|---|---|---|
| Court Opened: | 11:04 am | Courtroom Deputy: | Patrice Jones |
| Court Adjourned: | 11:07 am | Court Reporter: | Diana Cavenah |
| Statistical Time: | :03 | Courtroom: | CR2 |

## APPEARANCES

| | | |
|---|---|---|
| V Ed McGuire III   (RET) | For | State Farm Fire & Casualty Co, State Farm General Insurance Co, Defendants |
| Gwyneth A O'Neill | | |
| R William Huye III | | |

## PROCEEDINGS

Show Cause Hearing held.
Attorney R. William Huye, III  sworn and under oath.
Court questioned Attorney R. William Huye, III.

The Court will issue a Report and Recommendation to the District Judge recommending that R. William Huye, III be sanctioned in the amount of $1000, for violations of his obligations under Rule 11 of the Federal Rules of Civil Procedure.